FILED

2017 SEP 28 AM 9:52

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: |
| V. | | 17MJ02260 |
| Jessica Ramos | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest:  09/27/17    4:30 Pm    ☐ AM   ☒ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4.  Charges under which defendant has been booked:

    18 USC 1341, Mail Fraud ; 18 USC 1028(A) ID theft.

5.  Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6.  Interpreter Required:    ☒ No    ☐ Yes    Language: _____

7.  Year of Birth:  1981

8.  Defendant has retained counsel:    ☒ No
    ☐ Yes    Name: _____    Phone Number: _____

9.  Name of Pretrial Services Officer notified:  DEVON THOMPKINS

10.  Remarks (if any): _____

11.  Name:  SA MARIA CASTRO    (please print)

12.  Office Phone Number: 213-830-5989    13.  Agency: USDHS- HSI

14.  Signature:  Maria F Castro    15.  Date:  09/27/17