# *United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

| | FILED |
| --- | --- |
| | CLERK, U.S. DISTRICT COURT |
| | 09/29/2017 |
| | CENTRAL DISTRICT OF CALIFORNIA |
| | BY: *AP* _____ DEPUTY |

PACTS # 4070153            **PASSPORT RECEIPT**

Defendant's name: RAMOS, Jessica

Name on passport, if different: Same

Country of origin: United States of America

Issue Date: 12/27/2016            Expiration Date: 01/10/2017            Expired? ☑

Ordered by Court in the **CENTRAL DISTRICT OF CALIFORNIA** or

Docket Number: 0973 2:17-02260M-1

Surrendered by (print name): Jessica Ramos            (Date) 9/29/2017

Signature _____

Received by (print name): Devin Thompkins for PSO D. Davis            (Date) 9/29/2017

Signature _____

Returned to (print name):            (Date)

Signature _____

Returned by (print name):            (Date)

Signature _____

Purpose returned:

Address (if mailed):

CAC PSA 41 2/10/14

| [ ] HQ & Supervision Unit | [ ] Investigation Unit | [ ] Santa Ana Branch | [ ] Riverside Branch |
| --- | --- | --- | --- |
| U.S. Courthouse | Edward R. Roybal Federal Building | Ronald Reagan Federal Building | George E. Brown, Jr. Courthouse |
| 312 North Spring Street, Room 754 | 255 East Temple Street, Room 1178 | 411 West Fourth Street, Room 4070 | 3470 Twelfth Street, Room 161 |
| Los Angeles, CA 90012-4708 | Los Angeles, CA 90012-3326 | Santa Ana, CA 92701-4596 | Riverside, CA 92501 |
| 213-894-4726 / FAX 213-894-0231 | 213-894-5568 / FAX 213-894-8892 | 714-338-4550 / FAX 714-338-4570 | 951-328-4490 / FAX 951-328-4489 |