FILED
CLERK U.S. DISTRICT COURT

SEP 2 8 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Date Approved: 9/28/2017   Extension: 8611
By: Sara B. Milstein
☐ PSA Officer *(for material witness only)*   ☒ AUSA
Signature:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF,

v.

Jessica Ramos

DEFENDANT(S).

CASE NUMBER

17-mj-2260

**AFFIDAVIT OF SURETY (NO JUSTIFICATION)**

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State): Lynwood, CA

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ 20,000 , in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 28th day of September , 20 17

MAGDALENA GODOY
Name of Surety

Magdalena Godoy
Signature of Surety

Mother
Relationship of Surety

XXX-XX- 9853
Social Security Number of Surety *(Last 4 digits only)*

Address of Surety
LYNWOOD CA
City, State, Zip Code

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

CR-04 (02/09)                AFFIDAVIT OF SURETY (NO JUSTIFICATION)